## FT. WORTH & R. G. RY. CO. v. EDEN et al.
## (No. 6256.)

(Court of Civil Appeals of Texas. Austin.
Dec. 1, 1920. Rehearing Denied
Jan. 5, 1921.)

Appeal from McCulloch County Court; Evans J. Adkins, Judge.

Action by J. B. Eden and others against the Fort Worth & Rio Grande Railway Company. Judgment for plaintiffs, and defendant appeals. Affirmed.

J. L. Lockett, Jr., of Ft. Worth, and Sam McCollum, of Brady, for appellant.

C. A. Wright, of Ft. Worth, for appellees.

JENKINS, J. The findings of fact filed herein by the trial court are sustained by the evidence. These findings raise practically the same issues of law as are in the case of Ft. Worth & Rio Grande Railway Co. v. J. W. Hasse, 226 S. W. 448, appealed from the county court of McCulloch county, and recently decided by this court. We adhere to our opinion on questions of law as decided in that case.

Finding no error of record, the judgment of the trial court is affirmed.